**Opinion issued December 31, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00991-CV**

———————————

**IN RE ERIC BROWN, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Eric Brown filed a petition for writ of mandamus challenging the trial court's failure to vacate an allegedly void judgment.[1]

We deny the petition. *See* TEX. R. APP. P. 52.8. Any pending motions are dismissed as moot.

**PER CURIAM**

---

[1] The underlying case is *In the Interest of Minor Child[ren]*, cause number 12-DCV-197806, pending in the 387th District Court of Fort Bend County, Texas, the Honorable Janet B. Heppard, presiding.

Panel consists of Justices Kelly, Hightower, and Guerra.